```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO: CR-95-2011-AAM |
| Plaintiff, ) | |
| ) | **ORDER QUASHING** |
| ) | **MATERIAL WITNESS WARRANT** |
| ) | |
| v. ) | |
| ) | |
| ANTONIO SOLANO CAMACHO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter coming before the above Court on the government's motion to quash the material witness arrest warrant; and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED:**

That the material witness arrest warrant issued in the above-referenced case shall be quashed.

ENTERED this 7TH day of March, 2007.

                                                 s/ Alan A. McDonald
                                               HON. ALAN A. MCDONALD
                                               Senior U.S. District Judge